UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN VILLA APARTMENTS,<br><br>                                    Plaintiff,<br><br>v.<br><br>FLORA MARTINEZ,<br><br>                                    Defendant. | Case No.:  26-CV-515 TWR (VET)<br><br>**ORDER REMANDING ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO, FOR LACK OF SUBJECT-MATTER JURISDICTION**<br><br>(ECF No. 3) |

On February 12, 2026, this Court issued an Order for Defendant Flora Martinez to Show Cause why this action should not be remanded to the Superior Court of California, County of San Diego, for lack of subject-matter jurisdiction.  (*See* ECF No. 3.)  The Court ordered Defendant to file a response to that Order on or before March 5, 2026, and explicitly warned Defendant that, if she "*fail[ed] timely and adequately to respond to this Order (i.e., Defendant's response fails to show the Court has subject-matter jurisdiction), the Court w[ould] remand this action to the Superior Court of California, County of San Diego, pursuant to 28 U.S.C. § 1774(c) and Civil Local Rule 83.1(a).*"  (*See id.* at 4–5 (emphasis in original).)

/ / /

/ / /

1

As of the date of this Order, the Court has received no notice from Defendant. (*See generally* Docket.)   Accordingly, the Court necessarily **REMANDS** this action to the Superior Court of California, County of San Diego.

**IT IS SO ORDERED.**

Dated:  March 16, 2026

_____

Honorable Todd W. Robinson
United States District Judge

26-CV-515 TWR (VET)